**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 95-31194
(Summary Calendar)

WALTER T. SILMON,

Plaintiff-Appellant,

versus

J. HERBERT BOYDSTUN; ROBERT P.
MCCLEOD; R. L. DAVIS, JR.; PATRICK
L. SPENCER; MALCOLM E. MADDOX;
HIBERNIA CORP., also known as Bancorp,
As Successor to First Bancorp of Louisiana, Inc.,

Defendants-Appellees.

Appeal from United States District Court
for the Western District of Louisiana
(CA-94-1031)

August 26, 1996

Before JOLLY, JONES and STEWART, Circuit Judges.

PER CURIAM:[*]

Walter T. Silmon appeals to this court the district court's judgment granting summary

judgment regarding his securities fraud claims and the order dismissing his RICO claims. Having

reviewed the pertinent parts of the record and briefs of counsel and finding no actionable claims, on

---

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

the basis of the facts as found, authorities cited, and scholarly analysis of the district court entered October 31, 1995, the judgment appealed is AFFIRMED.